UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATION:** |
| | : | |
| | : | 18 U.S.C. § 1203(a) and 2 |
| **ATTLY HANS,** | : | (Hostage Taking and Aiding and Abetting |
| | : | and Causing an Act to be Done) |
| | : | |
| Defendant. | : | |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

At all times material to this Indictment, except as otherwise indicated:

      **A. The Defendant**

1. Defendant **ATTLY HANS** is a citizen of the Republic of Haiti.

      **B. Victim of the Hostage Taking**

2. The victim, Gertha Pressoir, is a United States national and citizen.

      **C. Jurisdiction and Venue**

3. All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

### D. The Offense

      4. From on or about May 10, 2006, and continuing thereafter to on or about May 15, 2006, **ATTLY HANS**, together with others whose identities are known and unknown to the Grand Jury, did knowingly seize and detain, and threaten to kill, to injure, and continue to detain, Gertha Pressoir, a national and citizen of the United States, in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of Gertha Pressoir.

      (**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2.)


_____A TRUE BILL:



_____FOREPERSON



Attorney of the United States in
and for the District of Columbia