# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-139 | MAGIS. NO: |
| V.<br><br>ATTLY HANS<br><br><br>DOB: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ATTLY HANS<br>unknown | FILED<br>JUN 0 7 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

HOSTAGE TAKING AND AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18 U.S.C. §§ 1203(a) and 2 | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>05/25/2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>05/25/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5-25-06 | NAME AND TITLE OF ARRESTING OFFICER<br>JEAN CLEO<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-7-06 | | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |