```
                    IN THE
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

                    * * *

UNITED STATES OF AMERICA    )
                            )
          Plaintiff;        )
                            )
          v.                ) CR NO 06-00139 (JR)
                            )
                            )
ATTLY HANS,                 )
                            )
          Defendant.        )
```

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

```
              Respectfully submitted,

              A.J. KRAMER
              FEDERAL PUBLIC DEFENDER


                    /S/
              By:_____
              CARLOS J. VANEGAS
              Assistant Federal Public Defender
              625 Indiana Avenue, N.W., Suite 550
              Washington, D.C.  20004
              (202) 208-7500
```

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 13TH day of June, 2006.

```
                    /s/
              By:_____
              CARLOS J. VANEGAS
```