UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        v.                        Crim. No. 06-139 (JR/JMF)

ATTLEY HANS,

    Defendant.

## DETENTION MEMORANDUM

This is an unusual case because the crime was committed in Haiti. According to the government's proffer, the grand jury heard evidence that the defendant was one of four people who kidnaped an American citizen and held her until ransom was paid by her friends and family. This defendant was the driver of a car that pulled in front of the victim's car. Two of his confederates, armed with pistols, jumped out and forced the victim into the car this defendant was driving. The kidnappers forced the woman to stand near a shallow grave. One of them hit her with his gun and pushed her into the grave. The kidnappers then took her to a small house and then moved her to a second house where they threatened to rape her. Ultimately, she was released in exchange for $7,200.

This defendant, upon apprehension, told the FBI that he was importuned to "do a job," i.e., to kidnap the woman. He participated as the driver to get some money.

The defendant was extradited from Haiti and obviously has absolutely no roots in the community. See United States v. Townsend, 897 F.2d 989, 996 (9th Cir. 1990). Additionally, to speak of his release is academic; I am informed by the government that, if I were to release him,

he would merely remain in the custody of the immigration authorities pending the resolution of this case.  Understandably, his experienced counsel has voiced no objection to the government's motion that he be detained pending trial.  **IT IS THEREFORE ORDERED THAT** the government's motion is granted and the defendant is detained pending trial.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 12, 2006