UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-139(JR) |
| | : | |
| v. | : | |
| | : | |
| ATTLY HANS | : | |
| | : | |
| Defendant. | | |

NOTICE OF FILING OF PLEA AGREEMENT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files the executed plea agreement in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jeanne M. Hauch
ASSISTANT UNITED STATES ATTORNEY
Bar No. 426585
555 4th Street, N.W., Room 11-907
Washington, DC 20530
(202) 514-5776
Jeanne.M.Hauch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by US Mail and electronically on counsel for the defendant, Lara Quint, Esq. and Carlos Vanegas, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515, 31st day of July, 2006.

_____
Jeanne M. Hauch
ASSISTANT UNITED STATES ATTORNEY