June 30, 2006
Mr. Carlos Vanegas
Ms. Lara Quint

ATTACHMENT A

## STATEMENT OF THE OFFENSES

**Introduction**

On May 10, 2006, the victim was taken hostage in Port au Prince, Haiti by defendant ATTLY HANS and other attackers. Victim Gertha Pressoir is a naturalized citizen of the United States and her common law husband is Haitian. On May 10, 2006 at approximately 5:00 p.m., the victim was returning with her husband from a construction site in the city of Carrefour, Haiti, where the husband was working. The husband was driving his red Mitsubishi pickup truck. A small grey car turned in front of them and blocked their way. ATTLY HANS and the other hostage-takers stepped out of the grey car. The hostage-takers pointed weapons at the victim and the husband. They pulled the husband out of the pickup. One of the hostage-takers hit the husband. The victim got out of the car thinking this was a carjacking and was shoved back inside the rear passenger seat. One hostage-taker got in the front passenger seat facing to the rear and with a rifle pointed at her and threatened to kill the victim if she opened her mouth.

Defendant ATTLY HANS got into the driver's seat and drove away. The victim was in the rear seat with one hostage taker on each side of her, pointing weapons at her. One of the hostage takers told the driver, defendant ATTLY HANS, to drive fast. They drove for about five to ten minutes and stopped in front of a property. They got out and told her to come with them. The driver, ATTLY HANS, stayed in the car. ATTLY HANS then left the car and went home.

The other hostage-takers walked the victim through a garden and stopped in a place where they made the victim stand next to a shallow grave to make her more fearful. Additional men arrived to help the initial hostage-takers. One of them questioned the victim about her address, the identity of the other person in the car with her and if her husband had money to release her. The victim said they didn't have any money and that hostage-taker hit her with a weapon on her head and pushed her in the shallow grave. Another hostage-taker pulled her out of the grave.

Next, the hostage-takers moved the victim to a small house

11                           Initials:_____/_____

June 30, 2006
Mr. Carlos Vanegas
Ms. Lara Quint

in a nearby town. The victim overheard the hostage-takers making ransom demands on a cell phone. She heard them on the phone with her husband demanding money for her release. She heard them talk about a $300,000.00 USD ransom. The husband offered $10,000.00 USD but the hostage-takers refused the offer. A few minutes later, the hostage-takers called the husband and said to call everyone he knew to get the money or they would kill the victim and dump her in a garbage pile.

That evening, defendant ATTLY HANS, who was not present at the location where the victim was being held, overheard another conspirator make a call to demand ransom for the release of the victim. The conspirator was using the cell phone which he had stolen from the victim and her husband.

The following day, May 11, 2006 at approximately 5:00 a.m., the hostage-takers moved the victim again, to another house nearby. The victim could hear the phone conversations with her husband because the hostage-takers had the phone on speaker phone on during the calls. Later that day, a ransom was paid in the afternoon hours. The hostage-takers ordered the money be delivered in front of a church where a little boy would be waiting. The hostage-takers called constantly to family and friends of the victim, using names and numbers which they had found listed in her phone's address book, and tried to extort ransom payments from them.

Throughout her captivity, the victim was threatened every day and there were a total of about seven hostage-takers watching her all the time. On the night of May 12, 2006, during the night, one of the hostage-takers grabbed her arm and pulled her towards him and threatened to rape her. She told him to stop and not to try anything and he subsided.

On Monday, May 15, 2006, the hostage-takers told the victim she was going to be released. At approximately noon, the victim heard a conversation between the hostage-takers and a friend of hers. The hostage-takers demanded money from the friend for the release of the victim and the friend agreed to pay. The friend asked to talk to the victim on the phone and was allowed to do so. The victim heard that the delivery site for the ransom was a location in Martissant. The ransom they agreed to was $3,000.00 USD. The victim is sure this delivery took place because she heard the hostage-takers talk about it and saw them with money.

12                              Initials:____/____

June 30, 2006
Mr. Carlos Vanegas
Ms. Lara Quint

The hostage-takers were able to receive ransom payments from three persons, the husband, the friend and another person. Also on May 15, 2006 the hostage-takers had set up another delivery with a relative of the victim. At approximately 5:00 p.m. that day, May 15, the hostage-takers released the victim. The total amount of ransom paid was $7,200 USD.

On May 15, 2006, defendant ATTLY HANS was apprehended by the Haitian authorities after he was caught trying to retrieve the red pickup truck that belonged to the victim and her husband from a street parking spot in Leogane, Haiti. On May 19, 2006, the FBI interviewed defendant ATTLY HANS. At the start of the interview, the FBI informed HANS of his rights in his native language. Defendant HANS proceeded to waive his rights orally and in writing. Defendant HANS gave a statement confessing to his participation in the kidnaping and hostage-taking. Defendant HANS also implicated some of his coconspirators.

On May 20, 2006, the FBI interviewed the victim. At the conclusion of the FBI's interview with the victim, the agents showed her a photo lineup consisting of six individuals with similar physical features. The victim identified suspect ATTLY HANS with no hesitation as the driver who drove away with the pickup truck. The victim added that the individual she identified in the photo was carrying a handgun during the kidnaping.

**Limited Nature of Statement of Offenses**

This is a summary of the government's evidence in support of defendant's guilty plea. As such it is not intended to constitute a complete statement of all facts known by the defendant or the government but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this Statement of Offenses is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the pending indictment. Additionally, this Statement of Offenses contains information about which the defendant does not have personal knowledge.

June 30, 2006
Mr. Carlos Vanegas
Ms. Lara Quint

**Acknowledgment:**

    I have had read to me this Statement of Offenses and carefully reviewed every part of it with my attorney. I agree that, as to the portions of the statement about which I have personal knowledge, it is a fair and accurate description of what happened.

_7/26/06_                                 x _Hay_
Date                                       A~~tty~~ Hans, Defendant

    I am defendant's attorney. I have reviewed every part of this Statement of Offenses with him.

_7/26/06_
Date                                      Carlos Vanegas, Esq. OR
                                               Lara Quint, Esq.
                                               Counsel for Defendant

June 30, 2006
Mr. Carlos Vanegas
Ms. Lara Quint

ATTACHMENT B:

SENTENCING GUIDELINES CALCULATIONS FOR ATTLY HANS:

BASE OFFENSE: 18 U.S.C. § 1203(a)

| 1203(a) | Hostage taking | | |
|---|---|---|---|
| | Kidnaping, Abduction, Unlawful Restraint (2A4.1(a)) | BOL | 32 |
| | Ransom demand (2A4.1(b)(1)) | | 6 |
| | Use of dangerous weapon (2A4.1(b)(3)) | | 2 |
| | TOTAL | | 40 |

15                                    Initials:____/____