UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-139(JR) |
| v. | ) | |
| ATTLY HANS | ) | |

## DEFENDANT'S NOTICE OF FILING

Defendant, Mr. Attly Hans, through undersigned counsel respectfully submits the following proposed order as requested by the Court at the conclusion of the Status Hearing held on Thursday, November 2, 2006. The order requests the D.C. Department of Corrections to transfer Mr. Attly Hans to the Central Treatment Facility (CTF). pending further proceedings.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500