UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-139(JR) |
| v. | ) | |
| ATTLY HANS | ) | |

**ORDER**

Upon consideration of the Defendant's oral motion for an order transferring him from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Attly Hans (DCDC No. 310 646) from the Central Detention Facility (the D.C. Jail) to the Correctional Treatment Facility (CCA) pending further proceedings.

**SO ORDERED**

_____                                                      _____
Date                                                                            JAMES ROBERTSON
                                                                                        UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Jeanne Hauch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530