FILED

NOV 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-139(JR) |
| v. | ) | |
| ATTLY HANS | ) | |

## ORDER

Upon consideration of the Defendant's oral motion for an order transferring him from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Attly Hans (DCDC No. 310 646) from the Central Detention Facility (the D.C. Jail) to the Correctional Treatment Facility (CCA) pending further proceedings.

SO ORDERED

11/2/06
Date

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Jeanne Hauch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530